IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT DORSEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:23-cv-01390 |
| v. | : | |
| | : | (Judge Kane) |
| **DR. MARSH, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 29th day of November 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. This case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute;

2. Defendants' motion to dismiss (Doc. No. 3) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

        s/ Yvette Kane
        Yvette Kane, District Judge
        United States District Court
        Middle District of Pennsylvania